12-05909 / 11-12860  
Anar Real Estate LLC

**Final Claims Register**

*Numerical Order*

| Claim # | Claim Status | Case | Amount | Basis for Claim | Date Filed | Classification | Claimant |
|---|---|---|---|---|---|---|---|
| 156 | Allowed | Anar Real Estate, LLC (11-12860) | $25,628.25 | Violations of citations to discover assets. See appendix. | 12/13/2011 | Unsecured | Bank of America NA (John Schuessler, Thomas J. Flanagan) 135 S. LaSalle St., Ste. 1140, Chicago, IL 60603-4177 |
| 233 | Disallowed | Anar Real Estate, LLC (11-12860) | $58,482.33 | Goods Sold | 1/25/2012 | Unsecured | Arnstein & Lehr LLP (Michelle G. Novick Esq.) 120 S. Riverside Plz., Ste. 1200, Bradner Central Co., Chicago, IL 60606-3910 US |
| 233 | Disallowed | Anar Real Estate, LLC (11-12860) | $57,595.43 | Goods Sold | 1/25/2012 | Unsecured Priority | Arnstein & Lehr LLP (Michelle G. Novick Esq.) 120 S. Riverside Plz., Ste. 1200, Bradner Central Co., Chicago, IL 60606-3910 US |
| 233 | Disallowed | Anar Real Estate, LLC (11-12860) | $57,595.43 | Goods Sold | 1/25/2012 | Unsecured Priority | Arnstein & Lehr LLP (Michelle G. Novick Esq.) 120 S. Riverside Plz., Ste. 1200, Bradner Central Co., Chicago, IL 60606-3910 US |
| 250 | Allowed | Anar Real Estate, LLC (11-12860) | $2,090.00 | Engineering services performed. | 1/31/2012 | Unsecured | L J Kafer Associates Inc. 7925 Bielby Lane, LaGrange, IL 60525 |
| 296 | Allowed | Anar Real Estate, LLC (11-12860) | $96.24 | Service performed | 2/17/2012 | Unsecured | Splat Pest Control, Inc. 1012 Evergreen Drive, Carol Stream, IL 60188 |
| 386 | Pending | Anar Real Estate, LLC (12-05909) | $ unknown | see appendix | 3/8/2012 | Unsecured | Brenda Porter Helms, solely as the Chapter 7 Trustee for the Estate of Veluchamy (11-33413) c/o Barry Chatz, Esq., Arnstein & Lehr LLP, 120 S. Riverside Plaza,12th, Chicago, IL 60606 |
| 431 | Pending | Anar Real Estate, LLC (12-05909) | Unliquidated (see Rider) | See attached Rider | 3/9/2012 | Unsecured | Ungaretti & Harris LLP (Fed. Deposit Ins. Corp., as Receiver for Mutual Bank, Richard Scott Alsterda Esq.) 70 W. Madison St., Ste. 3500, Three First Nat'l Plz., Chicago, IL 60602-4224 US |
| 431 | Pending | Anar Real Estate, LLC (12-05909) | Unliquidated | See attached Rider | 3/9/2012 | Unsecured Priority | Ungaretti & Harris LLP (Fed. Deposit Ins. Corp., as Receiver for Mutual Bank, Richard Scott Alsterda Esq.) 70 W. Madison St., Ste. 3500, Three First Nat'l Plz., Chicago, IL 60602-4224 US |
| 528 | Disallowed | Anar Real Estate, LLC (12-05909) | $1,250,000.00 | Cost of acquisition $550K, breach of lease $700K lost revenue | 5/20/2013 | Unsecured | JN Pizza Inc. d/b/a Roundheads Pizza and Pub c/o John Michael Drews Esq., Drews & Associates PC, 700 Commerce Dr., Ste. 500, Oak Brook, IL 60523-8736 |